AUSA: Susan Fairchild Telephone: (313) 226-9577
AO 91 (Rev. 11/11) Criminal Complaint Special Agent: James Ratobylski Telephone: (313) 226-0520

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jose Luis RANGEL-PALMA

Case No. Case: 2:26−mj−30708
Assigned To : Unassigned
Assign. Date : 11/10/2026
Description: CMP USA V. RANGEL−PALMA (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

James Ratobylski, Special Agent, HSI Detroit
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: November 9, 2026

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, James Ratobylski, being duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent (SA) with HSI since October 2025. I am currently assigned to the Detroit Field Office, Homeland Security Task Force (HSTF) Group, which is responsible for conducting criminal investigations and enforcing laws that are under the investigative jurisdiction of HSI in the Eastern District of Michigan. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 2510(7) and am empowered to investigate and make arrests for violations of federal criminal laws.

2. Prior to my tenure with HSI, I served as a Deputy United States Marshal in the Northern District of Indiana and the Eastern District of Michigan. I was responsible for conducting a wide range of criminal investigations, to include federal, state, and international fugitives, non-compliant sex offenders in violation of the Adam Walsh Act, missing and endangered children, and threats against protected persons. I attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) where I received specialized training on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, and evidence collection. As an HSI Special Agent, I received additional training on immigration law conducted by FLETC.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for Jose Luis RANGEL-PALMA, a native and citizen of Columbia, for violating Title 8 U.S.C. § 1326(a), unlawful re-entry following removal.

4. This affidavit is submitted for the limited purpose of establishing probable cause and therefore only contains a summary of the relevant facts. This affidavit does not set forth all information known to law enforcement regarding this case. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Jose Luis RANGEL-PALMA, which reveal the following:

5. RANGEL-PALMA is a 22-year-old native and citizen of Colombia who last entered the United States on an unknown date, sometime after February 18, 2025, at an unknown place, without inspection by the U.S. Department of Homeland Security.

6. On or about March 31, 2023, RANGEL-PALMA was encountered by United States Border Patrol (USBP) agents in the El Paso, TX, Sector. After Border Patrol Agents determined that RANGEL-PALMA unlawfully entered the United States through Mexico without the necessary documents to enter the United States or proper inspection by immigration officials, he was issued a Notice to

Appear. RANGEL-PALMA was released on his own recognizance, pending his appearance at a removal hearing before an Immigration Judge.

7. RANGEL-PALMA failed to appear at his scheduled removal hearing and was ordered removed in absentia on February 6, 2024, in Detroit, Michigan.

8. On or about May 9, 2024, the St. Clair Shores (MI) Police Department requested assistance from United States Border Patrol Agents regarding a traffic stop for improper plates. Jose Luis RANGEL-PALMA was a passenger in the vehicle, which was driven by his twin brother, Martin Fabian Rangel-Palma. Border Patrol Agents responded and interviewed both subjects. Record checks revealed that Jose Luis RANGEL-PALMA was previously ordered removed. USBP agents arrested Jose Luis RANGEL-PALMA and transported him to the USBP Detroit Sector Station for processing.

9. On or about June 24, 2024, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) personnel removed RANGEL-PALMA from the United States through Alexandria, LA.

10. On or about December 19, 2024, USBP agents in the Del Rio, TX, Sector encountered RANGEL-PALMA illegally entering the United States. Record checks revealed RANGEL-PALMA was in the United States illegally and was previously removed. USBP agents processed RANGEL-PALMA as a Reinstatement of Prior Order of Removal.

11. On or about February 18, 2025, RANGEL-PALMA was removed from the United States through Alexandria, LA.

12. On November 2, 2026, I was contacted by the United States Marshals Service (USMS) regarding RANGEL-PALMA. A Deputy United States Marshal assigned to the fugitive apprehension team advised that they had contact with RANGEL-PALMA. USMS personnel were attempting to serve an arrest warrant for Martin Fabian Rangel-Palma and contacted Jose Luis RANGEL-PALMA, believing him to be his twin brother. I checked immigration databases and discovered Jose Luis RANGEL-PALMA was present in the United States illegally and had previously been removed.

13. On November 5, 2026, Homeland Security Investigations Special Agents and ERO Deportation Officers assisted the USMS with the execution of a search warrant and arrest warrant for Martin Fabian Rangel-Palma at a residence in Detroit. USMS personnel contacted the occupants of the residence who refused to comply with orders to exit the residence. USMS personnel breached the door and removed all occupants. Martin Fabian Rangel-Palma was arrested by the USMS on his outstanding warrant. ERO officers took custody of Jose Luis RANGEL-PALMA, and he was transported to the Detroit Field Office for processing. His prior order of removal was reinstated.

14. RANGEL-PALMA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that RANGEL-PALMA is a citizen of Colombia with the above immigration history who has been previously removed from the United States. The records checks did not provide any evidence that RANGEL-PALMA legally entered the United States or had been issued any document or status that would allow him to enter or remain lawfully in the United States.

15. The aforementioned arrest was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

16. Review of the Alien File (A# xxx xxx 237) for RANGEL-PALMA and queries in Department of Homeland Security databases confirm no record exists of RANGEL-PALMA obtaining the express permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

17. Based on the above information, I believe there is probable cause to conclude that Jose Luis RANGEL-PALMA is an alien who was found in the United States, after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to reapply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

James Ratobylski, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge
November 9, 2026